NORA BLATCH DE FOREST, Respondent, v. LEE DE FOREST, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Mills, Rich, Kelly and Manning, JJ., concur.

CARLOS DEL CASTILLO and Others, Copartners, etc., Appellants, v. SAMUEL SILBERSTEIN, the First Name " Samuel " Being Fictitious, etc., and Others, Copartners, etc., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly Jaycox and Manning, JJ.

SAMUEL ENGEL, Respondent, v. CHARLES GOELL CONSTRUCTION COMPANY and CHARLES BENNETT CONSTRUCTION COMPANY, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Putnam, Kelly and Jaycox, JJ.

HYMAN EPSTEIN, Appellant, v. JOHN CONNOR and PETER CONNOR, Respondents.— Judgment reversed and new trial granted, with costs to appellant to abide the event. The former judgment was not res adjudicata between the parties, except to the extent of the specific issues therein disposed of. Neither was it a bar to plaintiff's right to recover in the present action such additional damages as he may prove, not exceeding the sum mentioned in the contract, less the amount paid in reduction, as shown by the prior judgment. Blackmar, P. J., Mills, Rich, Kelly and Manning, JJ., concur. Settle order on notice.

SOPHIA EVENSON, as Administratrix, etc., of JOSEPH EVENSON, Deceased, Appellant, v. ORANGE COUNTY TRACTION COMPANY, Respondent.— Order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Rich, Kelly and Manning, JJ.